STATE OF NEW JERSEY v. WILLIAM ORVILLE KARNEY.

July 7, 1971. Petition for certification denied.

STATE OF NEW JERSEY v. MARIA ANGELA ROSES.

July 7, 1971. Petition for certification denied.

ALLEN D. TOEBE v.
EMPLOYERS MUTUAL OF WAUSAU, *ET AL.*

July 7, 1971. Petition for certification granted. (See 114 *N. J. Super.* 39)

STATE OF NEW JERSEY IN THE INTEREST OF E. C. S.

July 7, 1971. Petition for certification denied.

STATE OF NEW JERSEY v.
WILFORD HARRISON BURCH, SR.

July 7, 1971. Petition for certification denied.

STATE OF NEW JERSEY v.
LARRY JONES & RALPH TAYLOR.

July 7, 1971. Petition for certification denied.